JUSTICE LEAPHART,
dissenting.
¶27 I join in Justice Gray’s dissenting opinion and note with curiosity that the Court twice mentions that, after hitting a dark horse on a *282 very dark night, Schipman looked back in his rear view mirror and when he did not see the dark horse on the dark road, assumed it was in the ditch. The Court concludes that Schipman left the scene “under a mistaken belief that the horse was dead and in the ditch alongside the highway.” Given that no one (even without the benefit of four beers) would be able to see a dark horse on a dark night in a rear view mirror any more than they could look in a rear view mirror and see a white horse lying on a snow-packed highway in a blizzard, I fail to see how this meaningless glance in the mirror justified Schipman’s “mistaken belief’ that the horse was not on the highway.